<table>
<tr><td colspan="2"> <strong>U<small>NITED</small> S<small>TATES</small> B<small>ANKRUPTCY</small> C<small>OURT</small></strong> District of Minnesota </td><td> <strong>INVOLUNTARY<br>PETITION</strong> </td></tr>
</table>

| IN RE (Name of Debtor – If Individual:  Last, First, Middle)<br><br>Hydroswing, Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>400 East 4th Street North<br>Cottonwood, MN<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Lyon County<br>ZIP CODE<br>56229 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>400 East 4th Street North, PO Box 15<br>Cottonwood, MN<br><br><br>ZIP CODE<br>56229 |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7         ☐  Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| **Nature of Debts**<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐   Debts are primarily consumer debts<br>☑   Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br>☐   Individual (Includes Joint Debtor)<br>☑   Corporation (Includes LLC and LLP)<br>☐   Partnership<br>☐   Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>_____ | **Nature of Business**<br>(Check **one** box.)<br>☐   Health Care Business<br>☐   Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51)(B)<br>☐   Railroad<br>☐   Stockbroker<br>☐   Commodity Broker<br>☐   Clearing Bank<br>☑   Other |

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal<br>place of business, or principal assets in the District for 180<br>days immediately preceding the date of this petition or for<br>a longer part of such 180 days than in any other District.<br><br>☐   A bankruptcy case concerning debtor's affiliate, general<br>partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐   Petitioner is a child support creditor or its representative, and the form<br>specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the<br>petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of<br>1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER**
**OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

<table>
<tr><td> <strong>ALLEGATIONS</strong><br>(Check applicable boxes) </td><td> COURT USE ONLY </td></tr>
</table>

1.   ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2.   ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United
     States Code.
3.a.   ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are
     the subject of a bona fide dispute as to liability or amount;
or
 b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or
     agent appointed or authorized to take charge of less than substantially all of the property of the
     debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2      **Name of Debtor** Hydroswing, Inc.

**Case No.** _____

---

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____ <br> Signature of Petitioner or Representative (State title) <br> Atlas Hydraulics, Inc. (Pace Division)   03/03/2011 <br> Name of Petitioner            Date Signed <br><br> Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity <br> Chad Hasert, Gen. Man. <br> 600 S. Sioux Blvd., <br> Brandon, SD 57005 | x /e/ David B. Galle          03/03/2011 <br> Signature of Attorney            Date <br> Oppenheimer Wolff & Donnelly LLP <br> Name of Attorney Firm (If any) <br> 45 South 7th St., Mpls., MN 55402 <br> Address <br> (612) 607-7572 <br> Telephone No. |
| x _____ <br> Signature of Petitioner or Representative (State title) <br> State Steel of Spencer, Inc.      03/03/2011 <br> Name of Petitioner            Date Signed <br><br> Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity <br> David Bernstein, Pres. <br> PO Box 3224 <br> Sioux City, IA 51102 | x /e/ David B. Galle          03/03/2011 <br> Signature of Attorney            Date <br> Oppenheimer Wolff & Donnelly LLP <br> Name of Attorney Firm (If any) <br> 45 South 7th St., Mpls., MN 55402 <br> Address <br> (612) 607-7572 <br> Telephone No. |
| x _____ <br> Signature of Petitioner or Representative (State title) <br> Kooima Company             03/03/2011 <br> Name of Petitioner            Date Signed <br><br> Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity <br> Mike Altena, CFO <br> 3638 310th Street, <br> Rock Valley, IA 51247 | x /e/ David B. Galle          03/03/2011 <br> Signature of Attorney            Date <br> Oppenheimer Wolff & Donnelly LLP <br> Name of Attorney Firm (If any) <br> 45 South 7th St., Mpls., MN 55402 <br> Address <br> (612) 607-7572 <br> Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Atlas Hydraulics, Inc. (Pace Div.) (Address Same as Above) | Goods-See Attached | 5,000.00 |
| State Steel of Spencer, Inc. (Address Same as Above) | Goods-See Attached | 5,000.00 |
| Kooima Company (Address Same as Above) | Goods-See Attached | 5,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims <br> 15,000.00 |

3 continuation sheets attached

**Case No.**_____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
| x_____ | x _/e/ David B. Galle_     03/03/2011 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney        Date |
| Atlas Hydraulics, Inc. (Pace Division)    03/03/2011 | Oppenheimer Wolff & Donnelly LLP |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) 45 South 7th St., Mpls., MN 55402 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Chad Hasert, Gen. Man. 600 S. Sioux Blvd., Brandon, SD 57005 | Address (612) 607-7572 Telephone No. |

| | |
|---|---|
| x_____ | x _/e/ David B. Galle_     03/03/2011 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney        Date |
| State Steel of Spencer, Inc.    03/03/2011 | Oppenheimer Wolff & Donnelly LLP |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) 45 South 7th St., Mpls., MN 55402 |
| Name & Mailing Address of Individual Signing in Representative Capacity | David Bernstein, Pres. PO Box 3224 Sioux City, IA 51102 | Address (612) 607-7572 Telephone No. |

| | |
|---|---|
| x_____ | x _/e/ David B. Galle_     03/03/2011 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney        Date |
| Kooima Company    03/03/2011 | Oppenheimer Wolff & Donnelly LLP |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) 45 South 7th St., Mpls., MN 55402 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Mike Altena, CFO 3638 310th Street, Rock Valley, IA 51247 | Address (612) 607-7572 Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Atlas Hydraulics, Inc. (Pace Div.) (Address Same as Above) | Goods-See Attached | 5,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| State Steel of Spencer, Inc. (Address Same as Above) | Goods-See Attached | 5,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Kooima Company (Address Same as Above) | Goods-See Attached | 5,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 15,000.00 |

_3_ continuation sheets attached

**Name of Debtor** Hydroswing, Inc.

**Case No.**_____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>Atlas Hydraulics, Inc. (Pace Division)   03/03/2011<br>Name of Petitioner          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>Chad Hasert, Gen. Man.<br>600 S. Sioux Blvd.,<br>Brandon, SD 57005 | x /e/ David B. Galle        03/03/2011<br>Signature of Attorney          Date<br>Oppenheimer Wolff & Donnelly LLP<br>Name of Attorney Firm (If any)<br>45 South 7th St., Mpls., MN 55402<br>Address<br>(612) 607-7572<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>State Steel of Spencer, Inc.   03/03/2011<br>Name of Petitioner          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>David Bernstein, Pres.<br>PO Box 3224<br>Sioux City, IA 51102 | x /e/ David B. Galle        03/03/2011<br>Signature of Attorney          Date<br>Oppenheimer Wolff & Donnelly LLP<br>Name of Attorney Firm (If any)<br>45 South 7th St., Mpls., MN 55402<br>Address<br>(612) 607-7572<br>Telephone No. |
| x _____ -CFo<br>Signature of Petitioner or Representative (State title)<br>Kooima Company          03/03/2011<br>Name of Petitioner          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>Mike Altena, CFO<br>2638 310th Street, P.O. Box 15<br>Rock Valley, IA 51247 | x /e/ David B. Galle        03/03/2011<br>Signature of Attorney          Date<br>Oppenheimer Wolff & Donnelly LLP<br>Name of Attorney Firm (If any)<br>45 South 7th St., Mpls., MN 55402<br>Address<br>(612) 607-7572<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Atlas Hydraulics, Inc. (Pace Div.) (Address Same as Above) | Goods-See Attached | 5,000.00 |
| State Steel of Spencer, Inc. (Address Same as Above) | Goods-See Attached | 5,000.00 |
| Kooima Company (Address Same as Above) | Goods-See Attached | 5,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 15,000.00 |

____3____ continuation sheets attached

# **VERIFICATION**

I, Chad Hasert, General Manager of the Pace Manufacturing Division of Atlas Hydraulics, Inc., one of the petitioning creditors in this case, declare under the penalty of perjury that I have read the foregoing Involuntary Petition and that it is true and correct to the best of my knowledge, information and belief. In addition, although our $576,894.27 claim for shipment of goods against Hydroswing, Inc. (the "Claim") is partially secured by assets of Hydroswing, Inc., we believe that we are undersecured, and acknowledge that of the Claim amount, we have an unsecured claim for an amount not less than $5,000.

Date: March 3, 2011

PACE MANUFACTURING DIVISION OF
ATLAS HYDRAULICS, INC.

By: _____
      Chad Hasert
Its:   General Manager

## <u>VERIFICATION</u>

      I, Mike Altena, Chief Financial Officer of Kooima Company, one of the petitioning creditors in this case, declare under the penalty of perjury that I have read the foregoing Involuntary Petition and that it is true and correct to the best of my knowledge, information and belief. In addition, although our $155,003.85 claim for shipment of goods against Hydroswing, Inc. (the "Claim") is partially secured by assets of Hydroswing, Inc., we believe that we are undersecured, and acknowledge that of the Claim amount, we have an unsecured claim against the debtor for an amount not less than $5,000.


Date:  March 3, 2011                     KOOIMA COMPANY

                                            By: _____

                                                Mike Altena

                                          Its:  Chief Financial Officer

## VERIFICATION

I, David Bernstein, the President of State Steel of Spencer, one of the petitioning creditors in this case, declare under the penalty of perjury that I have read the foregoing Involuntary Petition and that it is true and correct to the best of my knowledge, information and belief. In addition, although our $181,367.79 claim for shipment of goods against Hydroswing, Inc. (the "Claim") is partially secured by assets of Hydroswing, Inc., we believe that we are undersecured, and acknowledge that of the Claim amount, we have an unsecured claim against the debtor for an amount not less than $5,000.

Date: March 3, 2011            STATE STEEL OF SPENCER

By: _____
                       David Bernstein
        Its:   President